

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00274-CR

Jose Flores **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 1980CR1362W
Honorable Jefferson Moore, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  July 25, 2018

DISMISSED FOR LACK OF JURISDICTION

Appellant has filed a notice of appeal seeking to appeal the trial court's order denying his motion for a judgment nunc pro tunc.  Because we do not have jurisdiction to consider an appeal of an order denying a motion for a judgment nunc pro tunc, we ordered appellant to show cause in writing why this appeal should not be dismissed for want of jurisdiction.  Our order noted that the denial of a motion for a judgment nunc pro tunc is not an appealable order; instead, the proper remedy to obtain review of the denial of a motion for judgment nunc pro tunc is by petition for writ of mandamus.  *See Reyes v. State*, No. 04-12-00267-CR, 2012 WL 2602965, at *1 (Tex.

App.—San Antonio July 5, 2012, no pet.) (mem. op.); *Castor v. State*, 205 S.W.3d 666, 667 (Tex. App.—Waco 2006, no pet.).  Appellant timely filed a response to our show cause order, but did not provide a basis upon which we may exercise jurisdiction over this appeal.  We, therefore, dismiss this appeal for lack of jurisdiction.

PER CURIAM

Do not publish